JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLLIE BLEDSOE JR., | Case No. CV 14-00301-SVW (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| MARTIN BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2016

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE